# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0070. IN THE INTEREST OF E. F., et al.**

The father of minor children E. F. and C. F. has filed an emergency motion seeking an extension of time to file an application for a discretionary appeal from the trial court's denial of his motion for new trial in this termination-of-parental rights proceeding. See Court of Appeals Rules 16 (c), 31 (h), and 40 (b).

We hereby GRANT the motion and ORDER that the father's time for filing his application is extended through February 22, 2025.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/11/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*